

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| MARK BALSIGER, | | No. 08-18-00028-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 120th District Court |
| | § | |
| BANK OF AMERICA, N.A., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2017DCV0294) |
| | § | |

**MEMORANDUM OPINION**

Appellant, Mark Balsiger, has filed a motion to dismiss his appeal because the parties have resolved their dispute. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. TEX.R.APP.P. 42.1(d).


GINA M. PALAFOX, Justice

August 15, 2018

Before McClure, C.J., Rodriguez, and Palafox, JJ.